943 So.2d 996 (2006)
Marshall CARTER, Appellant,
v.
STATE of Florida, Appellee.
No. 5D05-4482.
District Court of Appeal of Florida, Fifth District.
December 12, 2006.
Marshall Carter, Daytona Beach, pro se.
Charles J. Crist, Jr., Attorney General, Tallahassee, and Anthony J. Golden, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Sullivan v. State, 801 So.2d 185, 186-87 (Fla. 5th DCA 2001).
THOMPSON, PALMER and MONACO, JJ., concur.